IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN VIENT**                                                                                          **PLAINTIFF**

v.                                    Case No. **4:20-cv-01219 KGB**

**WEHCO MEDIA, INC., and**
**CHATTANOOGA TIMES FREE PRESS**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that the Court dismisses without prejudice plaintiff Benjamin Vient's claims against defendants; the relief requested is denied.

So adjudged this 3rd day of September, 2021.

_____
Kristine G. Baker
United States District Judge